UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23025-CIV-LENARD/WHITE

**JUAN CARLOS MARTINEZ**,

    Petitioner,

v.

**EDWIN G. BUSS**,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 20) AND DENYING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254 (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Patrick A. White ("Report," D.E. 20), issued on March 8, 2011, recommending denial of Petitioner Juan Carlos Martinez's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition," D.E. 1). No objections to the Report were filed.

Petitioner challenges his conviction in state court for armed trafficking in cannabis on the grounds that the state courts wrongfully denied his motion to suppress evidence seized from his home in violation of the Fourth Amendment. (See Petition at 6-9.)

The Report determined Petitioner is not entitled to federal habeas relief pursuant to Stone v. Powell, 428 U.S. 465 (1976) and its progeny. Specifically, the Magistrate Judge found Petitioner had a full and fair opportunity to litigate his Fourth Amendment claim in the Florida courts. The Magistrate Judge based this conclusion on the fact that Petitioner filed

a motion to suppress the evidence with the trial court, an evidentiary hearing was conducted, the trial court subsequently made detailed findings of fact, credibility determinations, and conclusions of law, and his claims were considered and rejected by the appellate courts. (Report at 7-8.)

As of the date of this Order, no objections have been filed.  Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. Consistent with this Order, the Report and Recommendation of Magistrate Judge Patrick A. White (D.E. 20) is **ADOPTED**;

2. The Petition for Writ of Habeas Corpus  Pursuant to 28 U.S.C. § 2254 (D.E. 1) is **DENIED**;

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 5th day of April, 2011.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**